| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MELANIE L. ALSWORTH<br>Assistant United States Attorney |
| 3 | 4550 California Avenue, Suite 640<br>Bakersfield, California |
| 4 | Telephone: (661) 489-6150<br>Facsimile: (661) 489-6151 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 1:13-CR-00389-DAD |
| | Plaintiff, | MOTION TO DISMISS INDICTMENT; AND ORDER |
| | v. | |
| RICARDO MOJICA, | | |
| | Defendant. | |

The United States of America ("the government"), by and through McGregor W. Scott, United States Attorney and Melanie L. Alsworth, Assistant United States Attorney, hereby moves this Court for permission to dismiss without prejudice the superseding indictment pending against defendant Mojica in Case No. 1:13-CR-00389-DAD.

Good cause exists to dismiss without prejudice the superseding indictment in the interest of justice, and pursuant to Fed. R. Crim. P. 48(a), for the following reasons: This action has been pending for approximately 4 years. The government has reviewed the evidence in this case. Considering the long period of non-activity, and the availability of witnesses and evidence, among other reasons, the gravity of the offense does not justify continued efforts to prosecute defendant Mojica. For these reasons, the government moves for dismissal of the superseding indictment against defendant Mojica.

Dated: March 14, 2019.

MCGREGOR W. SCOTT
United States Attorney

/s/Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

1

## ORDER

On the basis of good cause, to serve the interest of justice, pursuant to the government's motion and Fed. R. Crim. P. 48(a), the superseding indictment against defendant Ricardo Mojica pending in Case Number 1:13-CR-00389-DAD shall be DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: **March 14, 2019**

_____
UNITED STATES DISTRICT JUDGE

2